JOHN W. HUBER, United States Attorney (#7226)
BRANDEN B. MILES, Special Assistant United States Attorney (#9777)
ISAAC C. WORKMAN, Assistant United States Attorney (#14031)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: bmiles@co.weber.ut.us



IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COLTON GAYLEN WOOD,<br><br>Defendant. | INDICTMENT<br><br>VIOLATIONS:<br><br>Count 1: 18 U.S.C. § 922(a)(6), False Statement During Purchase of a Firearm;<br><br>Count 2: 18 U.S.C. § 922(g)(3), Unlawful User in Possession of a Firearm and Ammunition;<br><br>Count 3: 21 U.S.C. § 841(a), Possession of Controlled Substance with Intent to Distribute;<br><br>Count 4: 18 U.S.C. § 844(a), Possession of a Controlled Substance. |

The Grand Jury Charges:

## COUNT I
18 U.S.C. § 922(a)(6)
(False Statement During Purchase of a Firearm)

On or about February 5, 2019, in the Northern Division of the District of Utah,

**COLTON GAYLEN WOOD,**

Case: 1:19-cr-00049
Assigned To : Benson, Dee
Assign. Date : 5/8/2019
Description:

defendant herein, in connection with the acquisition of a firearm, to wit, a Uberti, Model Cattleman, .44 caliber revolver, from Pawn Depot, Incorporated, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Pawn Depot, Incorporated, which statement was intended and likely to deceive Pawn Depot, Incorporated, as to a fact material to the lawfulness of such sale of said firearm to the defendant under chapter 44 or Title 18, in that the defendant falsely represented he was not an unlawful user of, or addicted to marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance; all in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2).

## COUNT II
18 U.S.C. § 922(g)(3)
(Unlawful User in Possession of a Firearm and Ammunition)

On or about February 6, 2019, in the Northern Division of the District of Utah,

**COLTON GAYLEN WOOD,**

the defendant herein, being an unlawful user of and addicted to a controlled substance, did knowingly possess in and affecting commerce a firearm, to wit: an Uberti, Model Cattleman, .44 caliber revolver and ammunition; all in violation of 18 U.S.C. § 922(g)(3).

## COUNT III
21 U.S.C. § 841(a)
(Possession of Controlled Substance with Intent to Distribute)

On or about February 6, 2019 in the Northern Division of the District of Utah,

**COLTON GAYLEN WOOD,**

the defendant herein, did knowingly and intentionally possess with intent to distribute marijuana, a schedule I controlled substance within in the meaning of 21 U.S.C. § 812, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 841(b)(1)(D).

## COUNT IV
21 U.S.C. § 844(a)
[Possession of Controlled Substance]

On or about February 6, 2019, in the Northern Division of the District of Utah,

**COLTON GAYLEN WOOD,**

the defendant herein, did knowingly and intentionally possess Methamphetamine, a schedule II controlled substance within in the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 844(a) and 18 U.S.C. § 2, and punishable pursuant to 21 U.S.C. § 844(a).

A TRUE BILL:

/S/
_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney

_____
BRANDEN B. MILES
Special Assistant United States Attorney

3